UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 14 Cr. 105 (MKB) |
| v. | : | NOTICE OF MOTION |
| | : | |
| JORGE ESTRADA-TEPAL, *et al*. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE, that the defendant, Ricardo Estrada-Tepal, shall move before the Honorable Margo K. Brodie, United States District Court Judge for the Eastern District of New York, at the United States District Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date to be set by the Court, for an order:

a) Granting Ricardo Estrada-Tepal's motion to suppress;

b) Suppressing all fruits of the illegal search of Mr. Estrada-Tepal's residence;

c) Suppressing all post-arrest statements made by Mr. Estrada-Tepal in the absence of a valid waiver of his *Miranda* rights;

d) Permitting the defendant to join any motions made by his co-defendants to the extent that they are applicable to him, and;

Any other and further relief as this Court deems just and proper.

Dated:       New York, New York
                June 24, 2014

                                                                             By:_____s/_____
                                                                             Matthew B. Keller
                                                                             Of Counsel
                                                                             Peter R. Ginsberg Law LLC
                                                                             80 Pine Street, 33rd Floor
                                                                             New York, N.Y. 10005
                                                                             (646) 374 – 0026
                                                                             mkeller@prglaw.com

TO:      AUSA Taryn A. Merkl
            AUSA Melody Wells
            United States Attorney's Office
            Eastern District of New York
            271 Cadman Plaza East
            Brooklyn, New York 11201