UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

: AFFIDAVIT

v.  : 14 Cr. 105 (MKB)

:

RICARDO ESTRADA-TEPAL.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                    )  ss.:
KINGS COUNTY        )

1. I am the defendant in the above-captioned matter.

2. I communicate in the Spanish language. I do not understand English.

3. On January 30, 2014, I was arrested in my home at 104-47 38th Avenue, Queens New York.

4. The police arrived early in the morning. I was still undressed. They banged on the door and yelled in Spanish that if we didn't open the door quickly they were going to break it down.

5. When we opened the door, approximately five or six agents came into the apartment. They were wearing body armor and large belts with weapons and other equipment attached to it.

6. At the time, I was not sure who the agents were. They did not look like regular police officers. They looked to me like Mexican federal police. At first I thought they might be kidnappers, who in Mexico often dress like the federal police.

7. The agents ordered my wife and me into our bedroom and demanded that we show them identification. I showed them my ID, but my wife did not have any ID.

8. My wife and I were both handcuffed and placed in the kitchen along with the other tenants of the apartment.

9. One of the other tenants, Don Rodrigo, asked the agents who they were and what they were doing there. The agent put his finger to his lips, indicating we should be silent.

10. While we sat in the kitchen I could hear the agents in my bedroom.

11. An agent approached me in the kitchen and told me that I had to sign some forms.

12. I have never attended school and do not read or write well. I learned how to read and write a little from working on construction sites.

13. I did not understand the forms that the agents told me to sign.

14. An agent took off the handcuffs and told me to write my name on the forms. He also told me to write my address on one form and my telephone number on the other.

15. When I was writing my address, one of the agents told me to write the word "basement" on the form. I did not know this word, and the agent spelled it out for me.

16. The agents then brought me back into my bedroom. The room was a mess because they had searched everything and thrown things everywhere.

17. The agents ordered me to get dressed. They put handcuffs on me again and took me to an unmarked grey car. They placed me in the back seat of the car. Two agents got into the front seat, and a third sat in the back with me.

18. While the car was driving, the agents spoke to each other in English. I did not understand what they were saying.

19. We drove down to a basement, and I was taken into a room with many other agents. Then I was taken to a jail cell where I saw my brothers and some other prisoners that I did not know.

20. After about a half hour in the cell, I was taken to a room where there was a table and some chairs. There were two agents in the room wearing street clothes.

21. One of the agents asked me if I knew "Bin Laden."

22. I became very frightened when the agent asked me this question. I still did not know why I had been arrested. I thought the agent was referring to Osama Bin Laden, the terrorist who had bombed the United States. I was afraid that the agents thought I had something to do with these attacks.

23. The agent then took out another sheet of paper and began reading it to me. He read it quickly and I did not understand what he was saying.

24. I recognized the word "Inmigracion," or "Immigration" on the form. I asked the agent if this had to do with immigration. He replied that I was going to be deported because I was in the United States illegally.

25. After he had finished reading, the agent then told me to write my initials next to some lines on the form. I did not understand the word "initials" and so he told me to put an "R," then an "E," and then a "T" next to each line.

26. While I was doing this, a third man came into the room. This man was dressed in a suit. He spoke to the other agents and they all laughed. The man in the suit then made a racial insult towards me and left the room.

27. This insult made me feel even more scared, sad and helpless.

28. One of the other agents then asked me to sign the bottom of the form.

Dated: New York, New York
      June 24, 2014

                                                              RICARDO ESTRADA-TEPAL