UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

                                                   :    AFFIDAVIT

      v.                         :    14 Cr. 105 (MKB)

                                               :

RICARDO ESTRADA-TEPAL.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                                  )  ss.:
KINGS COUNTY          )

1. Yo soy el acusado en este caso de la referencia.

2. Me comunico en el idioma Español. No entiendo Inglés.

3. El 30 de enero de 2014, fui arrestado en mi casa en el 104-47 38th Avenue, Queens Nueva York.

4. La policía llegó temprano en la mañana. Yo todavía estaba desvestido. Golpearon la puerta y gritaron en español que si no abrimos la puerta rápidamente iban a tumbarla.

5. Cuando abrimos la puerta, aproximadamente cinco o seis agentes entraron en el apartamento. Llevaban chalecos antibalas y grandes cinturones con armas y otros equipo enganchado.

6. En ese momento, no estaba seguro de quiénes eran los agentes. Ellos no se parecen a los agentes de policía regulares. Se miraron a mí como la policía Federal Mexicana. Al principio pensé que podría ser secuestradores, que en México a menudo se visten como la policía federal.

7. Los agentes ordenaron a mi esposa ya mí en nuestra habitación y exigieron que les mostramos identificación. Yo les mostré mi identificación, pero mi esposa no tenía ninguna identificación.

8. Mi esposa y yo fuimos esposados y nos pusieron en la cocina junto con los otros inquilinos del apartamento.

9. Uno de los otros inquilinos, Don Rodrigo, le pregunte a los agentes quienes eran y qué estaban haciendo allí. El agente se llevó un dedo a los labios, lo que indica que debemos estar en silencio.

10. Mientras nos sentamos en la cocina podía oír los agentes en mi dormitorio.

11. Un agente se acercó a mí en la cocina y me dijo que yo tenía que firmar algunos formularios.

12. Nunca he ido a la escuela y no sé leer o escribir bien. Aprendí a leer y escribir un poco por trabajar en obras de construcción.

13. No entendí las formas que los agentes me dijeron que firma.

14. Un agente me quitó las esposas y me dijo que escribiera mi nombre en los formularios. También me dijo que escribiera mi dirección en una forma y mi número de teléfono en el otro.

15. Cuando estaba escribiendo mi dirección, uno de los agentes me dijo que escribiera la palabra "basement" en el formulario. No sabía que era esta palabra, y el agente me la deletreó.

16. Los agentes entonces me trajeron de vuelta a mi recámara. La recámara era un desastre porque habían buscado todo y tirado cosas por todas partes.

17. Los agentes me ordenaron que vistiera. Ellos me esposaron de nuevo y me llevaron a un automóvil gris sin marcas. Ellos me colocaron en el asiento trasero del coche. Dos agentes se sentaron en el asiento delantero, y un tercero se sentó en la parte de atrás conmigo.

18. Mientras marchaba el coche, los agentes hablaron el uno con el otro en Inglés. Yo no entendí lo que decían.

19. Condujimos por debajo de un edificio, y me llevaron a un cuarto con muchos otros agentes. Entonces me llevaron a una celda de la cárcel donde vi a mis hermanos y algunos otros prisioneros que yo no conocía.

20. Después de media hora en la celda, me llevaron a un cuarto donde había una mesa y algunas sillas. Habían dos agentes en la habitación vestido de civil.

21. Uno de los agentes me preguntó si conocía "Bin Laden."

22. Me asusté mucho cuando el agente me hizo esta pregunta. Yo todavía no sé por qué me habían detenido. Pensé que el agente se refería a Osama Bin Laden, el terrorista que habían bombardeado a los Estados Unidos. Tenía miedo de que los agentes pensaran que yo estuve involucrado con esos ataques.

23. Entonces el agente sacó otra hoja de papel y empezó a leérmela. La leyó rápidamente y yo no entendí lo que estaba diciendo.

24. Reconocí la palabra "Inmigracion" en el formulario. Me preguntó el agente si esto estaba relacionado con la inmigración. Él respondió que iba a ser deportado porque estaba en los Estados Unidos de manera ilegal.

25. Después de haber terminado de leer, el agente me dijo entonces a escribir mis iniciales al lado de algunas líneas en el formulario. Yo no entendía la palabra "iniciales" y así que él me dijo que me ponga una "R", una "E", y una "T" al lado de cada línea.

26. Mientras hacía esto, un tercer hombre entró en la habitación. Este hombre estaba vestido con un traje. Él habló a los otros agentes y todos rieron. Entonces el hombre del traje hecho un insult racialmente hacia mí y salió de la habitación.

27. Este insulto me hizo sentir aún más miedo, triste y desamparado.

28. Uno de los otros agentes y entonces me pidió que firme la parte inferior del formulario.

Dated: New York, New York
June 24, 2014

_____
RICARDO ESTRADA-TEPAL