UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 14 Cr. 105 (MKB) |
| v. : | |
| : | |
| JORGE ESTRADA-TEPAL, *et al*. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I hereby certify that on June 25, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

Dated:   New York, New York
         June 25, 2014

                                        By:_____s/_____
                                        Matthew B. Keller
                                        Of Counsel
                                        Peter R. Ginsberg Law LLC
                                        80 Pine Street, 33rd Floor
                                        New York, N.Y. 10005
                                        (646) 374 – 0026
                                        mkeller@prglaw.com

TO:   All counsel via ECF